

# Fourth Court of Appeals
## San Antonio, Texas

December 2, 2022

No. 04-22-00372-CR

Miguel Angel **MEZA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2021CRC000830-D1
Honorable Jose  A. Lopez, Judge Presiding

# O R D E R

Appellant's brief was due on December 1, 2022.  As of December 2, 2022, this court has received no appellant's brief or motion for extension of time.

We order Appellant's counsel Roberto Balli to file a motion for extension of time, a motion to dismiss, or the brief within ten days of the date of this order.

If no brief or motion is filed by that date, we will abate this appeal to the trial court for an abandonment hearing **without further notice**.  *See* TEX. R. APP. P. 38.8(b)(2).

Appellant's counsel is cautioned that, to protect Appellant's rights, this court may initiate proceedings under Rule 38.  *See id.* R. 38.8(b)(4).

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of December, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court